**FILED**
FEB 12 2018
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION TO UNSEAL DOCKETS RELATED TO THE INDEPENDENT COUNSEL'S 1998 INVESTIGATION OF PRESIDENT CLINTON

Case: 1:18-mc-00019
Assigned To : Howell, Beryl A.
Assign. Date : 2/12/2018
Description: Miscellaneous

## ORDER

Having received a request, via letter, dated February 9, 2018, from Cable News Network, Inc. ("CNN") and its journalist Katelyn Polantz to unseal certain Miscellaneous matters arising from Independent Counsel Kenneth W. Starr's investigation in 1998 of then-President William Jefferson Clinton ("CNN/Polantz Letter"), it is hereby

**ORDERED** that the Clerk of Court shall docket the CNN/Polantz Letter and assign it a Miscellaneous case number, *see* LCrR 6.1 (directing that "[a] motion or application filed in connection with a grand jury subpoena or other matter occurring before a grand jury . . . shall be assigned a Miscellaneous case number"); and it is further

**ORDERED** that the caption of the Miscellaneous case assigned to the CNN/Polantz Letter shall be "IN RE APPLICATION TO UNSEAL DOCKETS RELATED TO THE INDEPENDENT COUNSEL'S 1998 INVESTIGATION OF PRESIDENT CLINTON"; and it is further

**ORDERED** that no sealing of this matter is necessary to prevent disclosure of matters occurring before the grand jury.

**SO ORDERED.**

Date: February 12, 2018

*Beryl A. Howell*
BERYL A. HOWELL
Chief Judge