**ATTACHMENT TO MEMORANDUM AND ORDER**
**LIST OF MC MATTERS AND DOCUMENTS TO BE MADE PUBLICLY ACCESSIBLE**

| Matter No. | ECF No. | Document Title | Unsealing Order |
|---|---|---|---|
| **98-MC-95** | 9 | Memorandum of the White House in Opposition to OIC's Motions to Compel Bruce R. Lindsey and Sidney Blumenthal to Testify Concerning Conversations Protected by the Attorney-Client, Presidential Communications, and Work Product Privileges, including exhibits (consolidated Opposition for 98-MC-95, 98-MC-96, and 98-MC-97) | Order, *In re Madison Guaranty Savings & Loan Ass'n*, Special Div. No. 94-1 (D.C. Cir. filed July 7, 1998) ("D.C. Cir. Order"); reprinted in Starr Report, App. Vol. V at 2025–2138 |
| | 70 | Memorandum Opinion, dated May 26, 1998 - REDACTED | Order dated May 26, 1998, 98-MC-95, ECF No. 72 (Johnson, C.J.) ("5/26/1998 Order") |
| | 71 | Order, dated May 26, 1998 - REDACTED | 5/26/1998 Order, 98-MC-95 |
| | 72 | 5/26/1998 Order, 98-MC-95, with attachments:<br>1. Motion to Compel Bruce R. Lindsey to Testify - REDACTED<br>2. Memorandum of the White House in Opposition to OIC's Motions to Compel Bruce R. Lindsey and Sidney Blumenthal to Testify Concerning Conversations Protected by the Attorney-Client, Presidential Communications, and Work Product Privileges - REDACTED<br>3. Declaration of Charles F.C. Ruff - REDACTED<br>4. Reply Memorandum of the United States of America in Support of Motion to Compel Bruce R. Lindsey to Testify - REDACTED<br>5. Motion to Expedite Consideration of Motions to Compel Testimony - REDACTED | Order not filed under seal. |
| | 75 | Hearing Transcript, June 1, 1998 - REDACTED | 5/26/1998 Order, 98-MC-95 |
| | 76 | Hearing Transcript, June 1, 1998 - REDACTED | 5/26/1998 Order, 98-MC-95 |
| | 77 | Hearing Transcript, June 1, 1998 - REDACTED | 5/26/1998 Order, 98-MC-95 |
| | 78 | Order dated June 2, 1998, 98-MC-95, ECF No. 78 (Johnson, C.J.) ("6/2/1998 Order") | Order not filed under seal. |
| | 79 | Brief Amicus Curiae for the United States of America, Acting through the Attorney General, filed June 2, 1998 - REDACTED | 6/2/1998 Order, 98-MC-95 |

| Matter No. | ECF No. | Document Title | Unsealing Order |
|---|---|---|---|
| **98-MC-96** | 33 | Memorandum Opinion, dated May 26, 1998 - REDACTED | Order dated May 26, 1998, 98-MC-96, ECF No. 35 (Johnson, C.J.) ("5/26/1998 Order") |
| | 34 | Order, dated May 26, 1998 - REDACTED | 5/26/1998 Order, 98-MC-96 |
| | 35 | 5/26/1998 Order, 98-MC-96, with attachments:<br>1. Motion to Compel Sidney Blumenthal to Testify - REDACTED<br>2. Reply Memorandum of the United States of America in Support of Motion to Compel Sidney Blumenthal to Testify - REDACTED<br>3. Motion to Expedite Consideration of Motions to Compel Testimony - REDACTED | Order not filed under seal. |
| | 37 | Hearing Transcript, June 1, 1998 - REDACTED | 5/26/1998 Order, 98-MC-96 |
| **98-MC-97** | 24 | Memorandum Opinion, dated May 26, 1998 - REDACTED | Order dated May 26, 1998, 98-MC-97, ECF No. 26 (Johnson, C.J.) ("5/26/1998 Order") |
| | 25 | Order, dated May 26, 1998 - REDACTED | 5/26/1998 Order, 98-MC-97 |
| | 26 | 5/26/1998 Order, 98-MC-97, with attachments:<br>1. Motion to Expedite Consideration of Motions to Compel Testimony - REDACTED<br>2. Motion to Compel [Redacted] to Testify - REDACTED<br>3. Reply Memorandum of the United States of America in Support of Motion to Compel [Redacted] to Testify - REDACTED | Order not filed under seal. |
| | 28 | Hearing Transcript, June 1, 1998 - REDACTED | 5/26/1998 Order, 98-MC-97 |
| **98-MC-148** | 6 | Motion to Compel [Redacted], [Redacted], and [Redacted] to Testify - REDACTED | Not filed under seal. |
| | 7 | Opposition to the Independent Counsel's Motion to Compel - REDACTED | Not filed under seal. |
| | 8 | Reply Memorandum of the United States of America in Support of its Motion to Compel [Redacted], [Redacted], and [Redacted] to Testify - REDACTED | Not filed under seal. |
| | 9 | Memorandum Opinion, dated May 22, 1998 - REDACTED | Not filed under seal. |
| | 10 | Order, dated May 22, 1998 - REDACTED | Not filed under seal. |
| | 15 | Hearing Transcript, May 14, 1998 | Not filed under seal. |
| | 22 | Motion for a Protective Order or in the Alternative Motion to Quash Subpoena - REDACTED | Not filed under seal. |
| | 27 | Memorandum Order, dated July 16, 1998 - REDACTED | Order dated July 16, 1998, 98-MC-148, ECF No. 28 (Johnson, C.J.) ("7/16/1998 Order") |
| | 28 | 7/16/1998 Order, 98-MC-148 | Order not filed under seal. |

| Matter No. | ECF No. | Document Title | Unsealing Order |
|---|---|---|---|
| **98-MC-267** | 1 | Motion of William J. Clinton for Continuance, including exhibits | D.C. Cir. Order; reprinted in Starr Report, App. Vol. VI at 2279–2365 |
| | N/A | Transcript of Status Hearing dated July 28, 1998<br>Transcript does not appear on the CM/ECF docket. | D.C. Cir. Order; reprinted in Starr Report, App. Vol. VI at 2369–2403 |
| **98-MC-278** | 1 | Emergency Motion of Lanny A. Breuer to Stay Subpoena - REDACTED | Not filed under seal. |
| | 2 | Opposition of the United States of America to Emergency Motion to Stay Subpoena - REDACTED | Not filed under seal. |
| | 3 | Order, dated August 5, 1998 | Order dated Jan. 21, 1999, 98-MC-278, ECF No. 22 (Johnson, C.J.) ("1/21/1999 Order") |
| | 4 | Opposition of the United States to White House's Motion for Stay Pending Appeal of Order Compelling Lanny Breuer's Testimony | 1/21/1999 Order |
| | 5 | Notice of In Camera Need Submission of the United States of America | 1/21/1999 Order |
| | 6 | White House's Response to the OIC's In Camera Submission | 1/21/1999 Order |
| | 7 | Memorandum of the Office of the President in Response to This Court's Order of August 5, 1998 Concerning a Stay of Any Proceedings Pending Appeal | 1/21/1999 Order |
| | 8 | White House's Memorandum in Support of Mr. Breuer's Assertion of the Attorney-Client Privilege | 1/21/1999 Order |
| | 9 | Memorandum Order, dated August 7, 1998 | 1/21/1999 Order |
| | 10 | Memorandum Order, dated August 11, 1998 | D.C. Cir. Order; reprinted in Starr Report, App. Vol. VI at 2477–87 |
| | 11 | Notice of Appeal | 1/21/1999 Order |
| | 12 | Notice of Appeal | 1/21/1999 Order |
| | 13 | Notice of Appeal | Order dated Sept. 10, 1998, 98-MC-278, ECF No. 17 (Johnson, C.J.) ("9/10/1998 Order") |
| | 14 | Notice of Appeal | 9/10/1998 Order |
| | 15 | Errata | 1/21/1999 Order |
| | 16 | Motion of the United States of America to Unseal Notices of Appeal dated August 21, 1998 | 1/21/1999 Order |
| | 17 | 9/10/1998 Order, 98-MC-278 | 1/21/1999 Order |
| | 22 | 1/21/1999 Order, 98-MC-278 | Order not filed under seal. |