**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                            )
IN RE APPLICATION TO UNSEAL                      )
DOCKETS RELATED TO THE INDEPENDENT  )   Misc. No. 18-0019 (BAH)
COUNSEL'S 1998 INVESTIGATION OF              )
PRESIDENT CLINTON                                        )
_____)

**ORDER**

Upon consideration of Government Counsel's Unopposed Motion for Access to

Grand Jury Materials in Accordance with Federal Rule of Criminal Procedure

6(e)(3)(E)(i), it is hereby

**ORDERED** that the motion should be, and hereby is, **GRANTED**.  It is further

**ORDERED** that government counsel contact chambers to make

arrangements for reviewing the sealed materials.


 February 14, 2018                                    _____
Date                                                              Chief, United States District Judge