IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION TO UNSEAL DOCKETS RELATED TO THE INDEPENDENT COUNSEL'S 1998 INVESTIGATION OF PRESIDENT CLINTON | Misc. No. 18-0019 (BAH) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephen L. Wohlgemuth of Williams & Connolly LLP hereby enters his appearance on behalf of President Clinton in the above-captioned matter.

Dated: February 16, 2018

                                                        Respectfully submitted,

                                                        /s/ Stephen L. Wohlgemuth
                                                        Stephen L. Wohlgemuth (D.C. Bar No. 1027267)
                                                        WILLIAMS & CONNOLLY LLP
                                                        725 Twelfth Street, N.W.
                                                        Washington, DC 20005
                                                        Telephone: (202) 434-5000
                                                        Facsimile: (202) 434-5029
                                                        swohlgemuth@wc.com

                                                        *Counsel for President Clinton*

## CERTIFICATE OF SERVICE

I, Stephen L. Wohlgemuth, counsel for President Clinton, certify that, on February 16, 2018, a copy of this Entry of Appearance was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

/s/ Stephen L. Wohlgemuth
Stephen L. Wohlgemuth