**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION TO UNSEAL DOCKETS RELATED TO THE INDEPENDENT COUNSEL'S 1998 INVESTIGATION OF PRESIDENT CLINTON | Misc. No. 18-0019 (BAH) |

**CNN'S RESPONSE TO THE STATUS REPORT OF FORMER PRESIDENT CLINTON**

Interested Party Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby responds to the Status Report filed on February 23, 2018 by Intervenor Former President William Jefferson Clinton (ECF 15).

This matter is pending before the Court on CNN's February 12, 2018, request that the Court exercise its discretion under Federal Rule of Criminal Procedure 6(e)(6) and Local Criminal Rule 6.1 to unseal and make public eight dockets related to the Independent Counsel's 1998 investigation of President Clinton, as well as all of the contents therein. *See* CNN's Request to Unseal Dockets Related to the Independent Counsel's 1998 Investigation of President Clinton ("CNN's Unsealing Request") (ECF 1) at 1.[1] On February 16, 2018, President Clinton moved to intervene in this matter, on grounds that he had "received a grand jury subpoena from the Independent Counsel on July 17, 1998, which was subsequently withdrawn," and that "[h]e participated . . . in various other grand jury proceedings in 1998 which may be subject to the Court's order." President Clinton's Corrected Consent Motion to Intervene (ECF 13) at 1. President Clinton indicated that he sought to intervene in part "to assure that all the relevant pleadings are unsealed, such as those documenting improper disclosures by the Office of the

---

[1] The eight dockets that CNN identified in its letter to the Court are 98-mc-95, 98-mc-96, 98-mc-97, 98-mc-148, 98-mc-202, 98-mc-267, 98-mc-278, and a docket of unknown number concerning a subpoena issued to Terry Lenzner and Investigative Group International.

Independent Counsel of material protected by Rule 6(d) of the Federal Rules of Criminal Procedure," specifically referencing Case No. 98-mc-55, which President Clinton described as "the grand jury 'leaks' litigation." *Id.* (emphasis in original). The Court granted President Clinton's motion to intervene and directed him to "provide the Court his views as to whether the documents remaining under seal in the Miscellaneous dockets at issue may be unsealed." Feb. 16, 2018 Minute Order.

President Clinton subsequently filed a Status Report on February 23, 2018, asserting that "there are additional sealed dockets which are closely related to those identified by [CNN] and which should now be unsealed," including *In re Grand Jury Proceedings*, Misc. No. 98-55 (D.D.C.) (under seal), *In re Grand Jury Proceedings*, Misc. No. 98-177 (D.D.C.) (under seal), and *In re Grand Jury Proceedings*, Misc. No. 98-228 (D.D.C.) (under seal). Status Report of Former President Clinton (ECF 15) at 2. According to President Clinton, these dockets "contain materials relating to litigation between then-President Clinton and the OIC concerning improper disclosures ('leaks') by the OIC of grand jury material protected by Rule 6(e)." *Id.* at 2-3. President Clinton stated that these actions may now be disclosed because, *inter alia*, they "did not involve consideration of secret grand jury materials but rather the improper disclosure of such information on the public record." *Id.* at 3-4.

CNN submits this Response to join in President Clinton's request that the Court unseal dockets 98-mc-55, 98-mc-177, and 98-mc-228, for the same reasons that CNN advanced in its initial Unsealing Request. That is, the unsealing of dockets 98-mc-55, 98-mc-177, and 98-mc-228 would further satisfy the substantial public interest in learning more about what led to the impeachment proceedings against President Clinton and in better understanding past interactions between independent prosecutors and the Executive Branch given that the present administration

may also face compelled presidential testimony and could advance similar assertions of privilege in response to prosecutorial efforts. Moreover, continued secrecy of these three dockets is not necessary because, among other reasons, the Office of Independent Counsel itself no longer exists and its 1998 investigation has long since concluded. CNN therefore respectfully submits that the Court should exercise its authority under Rule 6(e)(6) and LCrR 6.1 to unseal all documents reflected in these three additional dockets numbers.

Dated:  March 1, 2018

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Adrianna C. Rodriguez (#1020616)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
rodriguezac@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Cable News Network, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing Response to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  March 1, 2018 /s/ *Charles D. Tobin*
Charles D. Tobin