# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION TO UNSEAL DOCKETS RELATED TO THE INDEPENDENT COUNSEL'S 1998 INVESTIGATION OF PRESIDENT CLINTON | Misc. No. 18-00019 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of petitioner Cable News Network, Inc.'s (CNN's) Request to Unseal Dockets Related to the Independent Counsel's 1998 Investigation of President Clinton ("CNN Request"), ECF No. 1, the Department of Justice's ("DOJ's) response, ECF No. 20, DOJ's Motion to Extend Stay Pending Appeal Determination, ECF No. 30, and the entire record herein, it is hereby

**ORDERED** that DOJ shall, by 12:00 p.m. on May 17, 2018, notify the Court whether it intends to pursue an appeal of the Court's proposed unsealing of the following documents:

- Misc. No. 98-95: Document 49, in full;
- Misc. No. 98-96: Document 19, in full;
- Misc. No. 98-97: Document 17, in full;
- Misc. No. 98-202: Document 6, with the redactions provided to DOJ *ex parte*; and it is further

**ORDERED** that, pending DOJ's notification of an appeal, and without objection from DOJ, the following documents from the following Miscellaneous dockets shall be unsealed in redacted form, in accordance with DOJ's recommendations, and made publicly available on the

1

Court's Case Management/Electronic Case Filing ("CM/ECF") and Public Access to Court Electronic Records ("PACER") systems:

1. **Misc. No. 98-55.** All documents shall be unsealed <u>except</u>:

   - Documents 118 and 119, which shall remain sealed in full.

   - Document 60, which shall be unsealed with the redactions described in the Memorandum Opinion and agreed to by DOJ.

2. **Misc. No. 98-77.** All documents shall be unsealed <u>except</u>:

   - Documents 3-1, 5-1, 5-3, 5-4, 5-5, 8, and 9, which shall remain sealed in full.

   - Documents 3, 4, 5, 5-2, and 7, which shall be unsealed with the redactions described in the Memorandum Opinion and agreed to by DOJ.

3. **Misc. No. 98-95.** All documents shall be unsealed <u>except</u>:

   - Documents 84 and 85, which shall remain sealed in full.

   - Document 49, which shall be unsealed with the redaction proposed by DOJ.

4. **Misc. No. 98-96.** All documents shall be unsealed <u>except</u>:

   - Documents 41 and 42, which shall remain sealed in full.

   - Document 19, which shall be unsealed with the redaction proposed by DOJ.

5. **Misc. No. 98-97.** All documents shall be unsealed <u>except</u>:

   - Documents 30 and 31, which shall remain sealed in full.

   - Document 17, which shall be unsealed with the redaction proposed by DOJ.

6. **Misc. No. 98-148.** All documents shall be unsealed <u>except</u>:

   - Documents 3-18, 43, and 44, which shall remain sealed in full.

- Documents 1, 3, 3-1, 5-1, 21, 30, 33, 35, 36, 37, 37-1, 37-2, 37-3, 37-5, 38, and 42, which shall be unsealed with the redactions described in the Memorandum Opinion and agreed to by DOJ.

7. **Misc. No. 98-177.**  All documents shall be unsealed except:

    - Document 50 and the docket entry text of May 22, 2000, which shall remain sealed in full.

    - Documents 9 and 26, which shall be unsealed with the redactions described in the Memorandum Opinion and agreed to by DOJ.

8. **Misc. No. 98-202.**  All documents shall be unsealed except:

    - Documents 1, 4, 5, 7, and 8, including any exhibits to each of these documents, which shall remain sealed in full.

    - Document 6, which shall be unsealed with the redactions proposed by DOJ.

9. **Misc. No. 98-228.**  All documents shall be unsealed except:

    - Document 33 and the docket entry text of May 22, 2000, which shall remain sealed in full.

    - Document 12, which shall be unsealed with the redactions described in the Memorandum Opinion and agreed to by DOJ.

10. **Misc. No. 98-267.**  All documents shall be unsealed.

11. **Misc. No. 98-278.**  All documents shall be unsealed except:

    - Documents 23 and 24, which shall remain sealed in full.

**SO ORDERED.**

Date: April 18, 2018

_____
BERYL A. HOWELL
Chief Judge