**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
IN RE APPLICATION TO UNSEAL                  )
DOCKETS RELATED TO THE INDEPENDENT  )   Misc. No. 18-0019 (BAH)
COUNSEL'S 1998 INVESTIGATION OF             )
PRESIDENT CLINTON                                       )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Respondent, the United States Department of Justice, appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order (Docket No. 28) and Memorandum Opinion (Docket No. 29), entered on April 16, 2018, which granted in part Petitioners' motion to unseal.

Dated:  May 16, 2018

                                                            Respectfully submitted,

                                                            CHAD A. READLER
                                                            Acting Assistant Attorney General

                                                            JESSIE K. LIU
                                                            United States Attorney

                                                            */s/ Elizabeth J. Shapiro*
                                                            ELIZABETH J. SHAPIRO
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            Tel: (202) 514-5302
                                                            Fax: (202) 616-8460
                                                            elizabeth.shapiro@usdoj.gov
                                                            Attorneys for the United States