# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5142**  September Term, 2019

1:18-mc-00019-BAH

Filed On: May 13, 2020 [1842644]

In re: Application to Unseal Dockets Related to the Independent Counsel's 1998 Investigation of President Clinton,

------------------------------

Cable News Network,

      Appellee

    v.

United States of America,

      Appellant

William Jefferson Clinton,

      Appellee

## M A N D A T E

In accordance with the order of May 13, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                            Amy Yacisin
                            Deputy Clerk

Link to the order filed May 13, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5142**            **September Term, 2019**

**1:18-mc-00019-BAH**

**Filed On: May 13, 2020**

In re: Application to Unseal Dockets Related to
the Independent Counsel's 1998 Investigation
of President Clinton,

------------------------------

Cable News Network,

      Appellee

    v.

United States of America,

      Appellant

William Jefferson Clinton,

      Appellee

    **BEFORE:**    Pillard, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion for summary reversal and the lack of any opposition thereto, it is

**ORDERED** that the district court's April 16, 2018 order be vacated in part and the case be remanded for further proceedings. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court's reliance on its inherent authority to unseal certain grand jury material cannot be upheld after McKeever v. Barr, 920 F.3d 842 (D.C. Cir. 2019).

At issue is the district court's rejection of the government's proposed redactions to (1) a May 1, 1998 Memorandum Opinion in docket Nos. 98-mc-95, 98-mc-96, and 98-mc-97 and (2) a June 26, 1998 Memorandum Order in docket No. 98-mc-202. The portion of the district court's order rejecting those proposed redactions and ordering unsealing of the

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 18-5142**                                                    **September Term, 2019**

redacted material is vacated, and the case is remanded for the district court to consider in the first instance whether disclosure of this material is otherwise appropriate notwithstanding McKeever.  See In re Grand Jury Subpoena, Judith Miller, 493 F.3d 152, 154 (D.C. Cir. 2007) ("[W]hen once-secret grand jury material becomes sufficiently widely known, it may lose its character as Rule 6(e) material.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

BY:    /s/
         Amy Yacisin
         Deputy Clerk